## NATIONAL LABOR RELATIONS BOARD v. PERFECTION STEEL BODY CO.

### No. 9367.

Circuit Court of Appeals, Sixth Circuit.

Oct. 13, 1943.

Robert B. Watts, of Washington, D. C., for petitioner.

Weisman & Grant, of New York City, for respondent.

Before HAMILTON, MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This cause having been submitted and considered upon the record, briefs and oral argument, and it appearing that there is substantial evidence in the record to support the findings of fact of the National Labor Relations Board upon which its conclusions of law and its orders were based, it is ordered, adjudged and decreed that the petition of the National Labor Relations Board for enforcement of its orders, as prayed, is allowed.